In the Matter of RICHARD HOWARD, Petitioner, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents.—Motion for default judgment denied. Memorandum: This Court has no record of receiving petitioner's briefs. Present—Callahan, J. P., Boomer, Balio, Fallon and Doerr, JJ.